## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JOSE EDWARD DEANDA,**

        Plaintiff,

        **Case No. 06-C-656**

   **-vs-**

**PETER K. FALK, in his individual capacity as a Kenosha Police Officer,**

        Defendant.

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT

IT IS HEREBY ORDERED, that all Plaintiff's claims against Defendant, Peter K. Falk, and other unidentified police officers of the City of Kenosha Police Department and the City of Kenosha shall be dismissed on their merits, with prejudice, and without costs or attorney's fees.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**